IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BRANDON MOYE, SR.,**

    Plaintiff,

v.

**PEGASUS HOME CARE** and
**CASCADIA HEALTH CARE,**

    Defendants.

No. 3:17-cv-01995-MO

OPINION AND ORDER

**MOSMAN, J.,**

    This matter comes to me on Defendant Cascadia Health Care's Motion to Dismiss [27]. Defendant argues that pro se Plaintiff Brandon Moye, Sr.'s Amended Complaint [26] must be dismissed because the Court lacks subject matter jurisdiction. Mr. Moye responded [33]. I previously found subject matter jurisdiction lacking in this case and dismissed Plaintiff's Complaint [1] with leave to amend. Op. & Order [20]. Plaintiff's Amended Complaint did not allege any additional basis for this Court's jurisdiction.

Therefore, for the same reasons articulated in my May 7, 2018, Opinion and Order [20], I GRANT Defendant's Motions to Dismiss [27]. Plaintiff's Amended Complaint is DISMISSED.

IT IS SO ORDERED.

DATED this 1st day of January, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge